UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. _____

29 U.S.C. 501(c)
18 U.S.C. 664

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERT LEVINE,

        Defendant
_____/



## INFORMATION

The United States Attorney charges:

### COUNT 1

From in or About March 1999, through April 2003, in Broward and Miami Dade Counties, in the Southern District of Florida, the defendant ROBERT LEVINE, while an officer, that is a Business Agent/Financial Secretary, of Sign and Display Local Union 1175, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property and other assets of said labor organization in the approximate amount of $212,580.05.

1

All in violation of Title 29, United States Code, Section 501(c).

## COUNT 2

From on or About May 30, 1999, through on or about December 14, 2002, Broward and Miami Dade Counties, in the Southern District of Florida, the defendant ROBERT LEVINE did embezzle, steal and unlawfully and willfully abstract and convert to his own use in the approximate amount of $3,350.00, the moneys, funds, securities, premiums, credits, property and assets of Sign and Display Local Union 1175 Retraining and Apprenticeship Fund, an employee welfare benefit plan subject to Title I of the Employee Retirement Income Security Act of 1974.

All in violation of Title 18, United States Code, Section 664.

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY


_____
TERRENCE J. THOMPSON
ASSISTANT U. S. ATTORNEY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   ROBERT LEVINE

Count #: 1    29 U.S.C. 501(c)    Embezzlement from a labor union

*Max. Penalty: 5 years' imprisonment - $250,000 fine

Count #: 2    18 U.S.C. 664    Embezzlement from a labor union welfare benefit plan

*Max. Penalty: 5 years' imprisonment - $250,000 fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERT LEVINE, et al. Defendant.
_____/

CASE NO.    04-60068-CR-COHN

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:
New Defendant(s)            Yes ____   No ____
Number of New Defendants    ____
Total number of counts      ____

**Court Division**: (Select One)

____ Miami     ____ Key West
 X   FTL      ____ WPB       ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    No
   List language and/or dialect  _____

4. This case will take   0   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)
   I    0 to 5 days      X        Petty       ____
   II   6 to 10 days    ____      Minor       ____
   III  11 to 20 days   ____      Misdem.     ____
   IV   21 to 60 days   ____      Felony       X
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ____ Yes  X  No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ____ Yes  X  No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?  ____ Yes  X  No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?  ____ Yes  X  No

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500063

Penalty Sheet(s) attached                                          REV.1/14/04